MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HENSARLING, an individual, TONYA HENSARLING, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-cv-01555-DAD-SKO<br>Hon. Dale A. Drozd<br>Ctrm. 5, 7th Floor<br><br>**STIPULATION AND ORDER TO EXTEND FACT DISCOVERY CUTOFF AS TO DEPOSITIONS**<br><br>Action Filed:   August 25, 2014<br>Removal Date: October 9, 2015<br>Trial Date:      May 9, 2017 |

WHEREAS, pursuant to this Court's scheduling order dated April 1, 2016, the Non Expert Discovery deadline is presently August 19, 2016;

WHEREAS, due to scheduling conflicts, including that lead counsel for Defendant's wife is expecting a child imminently, Defendant's counsel has requested and Plaintiff's counsel has agreed to seek a 30 day extension of the Non-Expert Discovery deadline as to depositions, to through and including September 19, 2016.

Now, therefore, the Parties HEREBY stipulate and agree, subject to this Court's approval, that the Non-Expert Discovery deadline as to depositions shall be extended to through and including September 19, 2016.

DATE: August 3, 2016        /s/Octavio Cardona-Loya II
                            Octavio Cardona-Loya II,
                            Attorney for Plaintiffs Dale Hensarling and
                            Tonya Hensarling

DATE: August 3, 2016        /s/Rebecca S. Saelao
                            Rebecca S. Saelao
                            Attorney for Defendant Wells Fargo Bank, N.A.

## ORDER

This Court has reviewed and considered the above stipulation among the parties. Based on the representations of the parties, and for good cause shown, it is hereby ORDERED that the Scheduling Order (Doc. 38) is modified as follows: the Non-Expert Discovery deadline as to depositions is extended to through and including September 19, 2016.

This modification does not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated:   **August 4, 2016**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE