MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HENSARLING, an individual, TONYA HENSARLING, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-cv-01555-DAD-SKO<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET SETTLEMENT CONFERENCE**<br><br>Action Filed:   August 25, 2014<br>Removal Date: October 9, 2015<br>Trial Date:       May 9, 2017 |

WHEREAS, a settlement conference is presently set in this matter for September 27, 2016 before Hon. Barbara A. McAuliffe;

WHEREAS, due to a scheduling conflict and to provide additional time for the parties to assess potential settlement of this matter, Defendant's counsel has requested and Plaintiff's counsel has agreed to seek to reset the Settlement Conference to October 13, 2016 at 9:00 a.m.;

Now, therefore, the Parties HEREBY stipulate and agree, subject to Court approval, that the Settlement Conference be reset to October 13, 2016 at 9:00 a.m.

DATE: September 1, 2016

/s/Octavio Cardona-Loya II
Octavio Cardona-Loya II,
Attorney for Plaintiffs Dale Hensarling and Tonya Hensarling

DATE: September 1, 2016

/s/ Rebecca S. Saelao
Rebecca S. Saelao
Attorney for Defendant Wells Fargo Bank, N.A.

ORDER

**IT IS SO ORDERED THAT** the Settlement Conference is continued from September 27, 2016 to October 13, 2016 a 9:00 AM in courtroom 8 before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **September 6, 2016**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE