**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE HENSARLING, an individual, TONYA HENSARLING, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., a corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 1:15-cv-01555-DAD-SKO <br> Hon. Dale A. Drozd <br> Ctrm. 5, 7th Floor <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO PRIVATE MEDIATION AND TO VACATE SETTLEMENT CONFERENCE** <br><br> Action Filed:   August 25, 2014 <br> Removal Date: October 9, 2015 <br> Trial Date:      May 9, 2017 |

After reviewing the stipulation of the Parties (Doc. 46), and good cause appearing, the Court orders that the Parties attend private mediation and the Settlement Conference scheduled for October 13, 2016 at 9:00 a.m. before Judge McAuliffe is Vacated.

IT IS SO ORDERED.

Dated:   **September 29, 2016**          /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

55002.0391/8659578.1