MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HENSARLING, an individual, TONYA HENSARLING, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-cv-01555-DAD-SKO<br>Hon. Dale A. Drozd<br>Ctrm. 5, 7th Floor<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:   August 25, 2014<br>Removal Date: October 9, 2015<br>Trial Date:       May 9, 2017 |

PLEASE TAKE NOTICE THAT Plaintiffs Dale Hensarling and Tonya Hensarling ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively the "parties") have reached an agreement on all material terms required to settle this matter and are in the process of documenting said settlement.

55002.0391/9036079.1

NOTICE OF SETTLEMENT

1  The parties anticipate that the performance of the terms of the settlement
2  agreement will be completed within sixty (60) days of the date of this notice, at
3  which time Plaintiff shall file a Stipulation for Dismissal of this matter.

5  All other signatories listed, and on whose behalf the filing is submitted,
6  concur in the filing's content and have authorized the filing.

8  DATED:  October 26, 2016          SEVERSON & WERSON
                                     A Professional Corporation

11                                   By:  *s/ Courtney C. Wenrick*
12                                        Courtney C. Wenrick

13                                   Attorneys for Defendant WELLS FARGO
14                                   BANK, N.A.

16  DATED:  October 26, 2016          GOLDEN & CARDONA-LOYA, LLP

18                                   By:  *s/ Octavio Cardona-Loya II*
19                                        Octavio Cardona-Loya II

20                                   Attorneys for Plaintiffs DALE HENSARLING
21                                   and TONYA HENSARLING