Octavio Cardona-Loya II (SBN 255309)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HENSARLING, an individual, TONYA HENSARLING, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 1:15-cv-01555-DAD-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>**[Fed. R. Civ. P. 41(a)(1)(ii)]** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Dale Hensarling and Tonya Hensarling and Defendant WELLS FARGO BANK, N.A. stipulate through their undersigned counsel of record that the above-captioned complaint be DISMISSED WITH PREJUDICE in its entirety.  Each party shall bear its own attorneys' fees and costs.

Dated: December 6, 2016       /s/ Octavio Cardona-Loya II          .
                              Octavio Cardona-Loya II
                              Attorney for Plaintiffs Dale and Tonya Hensarling
                              E-mail: vito@goldencardona.com

| | |
|---|---|
| Dated: December 6, 2016 | /s/ Courtney C. Wenrick             .<br>Courtney C. Wenrick<br>Attorney for Defendant WELLS FARGO BANK<br>E-mail: ccw@severson.com |